| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ANDREW S. PAULY (SBN 90145) and<br>DAMON A. THAYER (SBN 258821), Members of<br>GREENWALD, PAULY & MILLER<br>A Professional Corporation<br>1299 Ocean Avenue, Suite 400<br>Santa Monica, California 90401-1007<br>Tel: (310) 451-8001<br>Fax: (310) 395-5961<br>apauly@gpfm.com; dthayer@gpfm.com<br>☐ *Individual appearing without an attorney*<br>☒ *Attorney for:* Secured Claimant Honey Badger Holdings LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA** - SAN FERNANDO VALLEY DIVISION

| In re: | CASE NO.: 15-bk-10695-MT |
|---|---|
| MARC VICTOR LIZER | CHAPTER: 7 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*: Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Real Property) |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled  Order Granting Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Real Property)

was lodged on *(date)*  April 3, 2015  and is attached. This order relates to the motion which is docket number  7 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012         Page 1         **F 9021-1.2.BK.NOTICE.LODGMENT**
F902112B

# EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ANDREW S. PAULY (SBN 90145) and<br>DAMON A. THAYER (SBN 258821) Members of<br>GREENWALD, PAULY & MILLER<br>A Professional Corporation<br>1299 Ocean Avenue, Suite 400<br>Santa Monica, Calfiornia 90401-1007<br>Tel: (310) 451-8001<br>Fax: (310) 395-5961<br>apauly@gpfm.com; dthayer@gpfm.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA –SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>MARC VICTOR LIZER<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 15-bk-10695-MT<br>CHAPTER: 7 |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(REAL PROPERTY)** |
| | DATE: April 15, 2015<br>TIME: 9:30 a.m.<br>COURTROOM: 302<br>PLACE: 21041 Burbank Boulevard<br>        Woodland Hills, CA  91367 |

**Movant:** Secured Claimant Honey Badger Holdings LLC

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following real property (Property):

   *Street address*:         4505 Colfax Avenue
   *Unit/suite number*:      Unit 6
   *City, state, zip code*:  Studio City, California 91602

   Legal description or document recording number (including county of recording):
   A legal description of the property is set forth in the Movant's Deed of Trust, which is recorded in the Official Records of the Office of the Recorder of Los Angeles County, California Document No. 20120883545

   ☐ See attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                          Page 1                              F 4001-1.RFS.RP.ORDER

3. The Motion is granted under:
   a. ☒ 11 U.S.C. § 362(d)(1)
   b. ☒ 11 U.S.C. § 362(d)(2)
   c. ☐ 11 U.S.C. § 362(d)(3)
   d. ☐ 11 U.S.C. § 362(d)(4). The filing of the bankruptcy petition was part of a scheme to hinder, delay, or defraud creditors that involved:
      (1) ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval; and/or
      (2) ☐ Multiple bankruptcy cases affecting the Property.
      (3) ☐ The court ☐ makes ☐ does not make ☐ cannot make a finding that the Debtor was involved in this scheme.
      (4) If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

4. ☒ As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.
   b. ☐ Modified or conditioned as set forth in Exhibit _____ to this order.
   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the Property do not constitute a violation of the stay.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant must not conduct a foreclosure sale of the Property before (date) _____.

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Agreement contained within this order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this order. The secured portion of Movant's claim is deemed withdrawn upon entry of this order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this order.

9. ☒ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, as to the same terms and conditions as to the Debtor.

10. ☒ The 14-day stay as provided in FRBP 4001(a)(3) is waived.

11. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

12. Movant, or its agents, may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement. Movant, through its servicing agent, may contact the Debtor by telephone or written correspondence to offer such an agreement.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                           Page 2                                  F 4001-1.RFS.RP.ORDER

13. Upon entry of this order, for purposes of Cal. Civ. Code § 2923.5, the Debtor is a borrower as defined in Cal. Civ. Code § 2920.5(c)(2)(C).

14. ☒ A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy case concerning the Property for a period of 180 days from the hearing of this Motion

    (a) ☒ without further notice.

    (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

15. ☒ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

16. ☒ This order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:

    (a) ☒ without further notice.

    (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

17. ☒ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be

    (a) ☒ without further notice.

    (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

18. ☐ Other (*specify*):

###

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 3    F 4001-1.RFS.RP.ORDER

# ADEQUATE PROTECTION AGREEMENT

*(This attachment is the continuation page for paragraph 7 of this order.)*

The stay remains in effect subject to the following terms and conditions:

1. ☐ The Debtor tendered payments at the hearing in the amount of $_____.

2. ☐ The Debtor must make regular monthly payments in the amount of $_____ commencing *(date)* _____. The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant under this Adequate Protection Agreement must be paid to Movant at the following address:

3. ☐ The Debtor must cure the postpetition default computed through _____ in the sum of $_____ as follows:

    a. ☐ In equal monthly installments of $_____ each commencing *(date)*_____ and continuing thereafter through and including *(date)*_____.

    b. ☐ By paying the sum of $_____ on or before *(date)*_____.

    c. ☐ By paying the sum of $_____ on or before *(date)*_____.

    d. ☐ By paying the sum of $_____ on or before *(date)*_____.

    e. ☐ Other *(specify)*:

4. ☐ The Debtor must maintain insurance coverage on the Property and must remain current on all taxes that fall due postpetition with regard to the Property.

5. ☐ The Debtor must file a disclosure statement and plan on or before *(date)* _____
    The disclosure statement must be approved on or before *(date)* _____
    The plan must be confirmed on or before *(date)* _____

6. ☐ Upon any default in the terms and conditions set forth in paragraphs 1 through 5 of this Adequate Protection Agreement, Movant must serve written notice of default to the Debtor and the Debtor's attorney, if any. If the Debtor fails to cure the default within 14 days after service of such written notice:

    a. ☐ The stay automatically terminates without further notice, hearing or order.
    b. ☐ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the court may grant without further notice or hearing.
    c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with LBRs.
    d. ☐ The Movant may move for relief from the stay on regular notice.

7. ☐ Notwithstanding anything contained in this Adequate Protection Agreement to the contrary, the Debtor shall be entitled to a maximum of *(number)* _____ notices of default and opportunities to cure pursuant to the preceding paragraph. Once the Debtor has defaulted this number of times on the obligations imposed by this order and has been served with this number of notices of default, Movant is relieved of any obligation to serve additional notices of default or to provide additional opportunities to cure. If an event of default occurs thereafter, Movant will be entitled, without first serving a notice of default or providing the Debtor with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform under this

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.



**Bankruptcy LODGED ORDER UPLOAD FORM**

Friday, April 03, 2015

CONFIRMATION :

Your Lodged Order Info:
( **568427.docx** )
A new order has been added

- **Office**:  San Fernando Valley
- **Case Title**:  Marc Victor Lizer
- **Case Number**:  15-10695
- **Judge Initial**:  MT
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  7
- **On Date**:  04/03/2015 @ 02:49 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1299 Ocean Avenue, Suite 400, Santa Monica, California 90401-1007

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) April 3, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael S. Kogan, on behalf of Chapter 7 Trustee David Keith Gottlieb: mkogan@koganlawfirm.com; David Keith Gottlieb, Trustee: dkgtrustee@dkgallc.com; dgottlieb@ecf.epiqsystems.com; rjohnson@dkgallc.com; akuras@dkgallc.com; Charles Shamash on behalf of Debtor Marc Victor Lizer: cs@locs.com; Andrew S. Pauly on behalf of Creditor Honey Badger Holdings LLC: apauly@gpfm.com; lburns@gpfm.com; Damon A. Thayer on behalf of Creditor Honey Badger Holdings LLC: dthayer@gpfm.com; kbarone@gpfm.com; United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) April 3, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Marc Victor Lizer | Inez Tiger | Daniel J. Paletz, Esq. |
| 4505 Colfax Avenue, #6 | 11850 Riverside Drive, #101 | Kermisch & Paletz LLP |
| Studio City, CA 91602 | Valley Village, CA 91607 | 12700 Ventura Blvd., Suite 300 |
| | | Studio City, CA 91604 |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) April 3, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
The Honorable Maureen Tighe, U.S. Bankruptcy Court, Ctrm. 302
21041 Burbank Blvd., Suite 324
Woodland Hills, California 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 3, 2015 | KATHY M. BARONE | /s/ KATHY M. BARONE |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT

**UNSECURED CREDITORS**
In re Marc Victor Lizer
U.S. Bankruptcy Court Case No. 15-bk-10695

| | | |
|---|---|---|
| Honey Badger Holdings, LLC<br>16631 Roscoe Place<br>North Hills, CA  91343 | San Fernando Valley Division<br>21041 Burbank Blvd.<br>Woodland Hills, CA  91367-6606 | Anthony Faitro<br>11500 W. Olympic Blvd. #400<br>Los Angeles, CA  90064-1525 |
| Construction Headquarters<br>4328 Mammoth Avenue<br>Sherman Oaks, CA  91423-6610 | David Labowitz<br>20059 Tipico Street<br>Chatsworth, CA  91311-3443 | Discover Bank, Issue of<br>  The Discover Card<br>2325 Clayton Road<br>Concord, CA  94520-2104 |
| Dish Network<br>P.O. Box 94063<br>Palatine, IL  60094-4063 | Fidelity Creditor SVC<br>216 S. Louise St.<br>Glendale, CA  91205-1637 | Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA  94267-0001 |
| Franklin Collection Services (AT&T)<br>2978 West Jackson St.<br>Tupelo, CA  38801-6731 | GC Services Limited Partnership<br>6330 Gulfston<br>Houston, Texas  77081-1108 | Greg Lizer<br>5107 Parham Ave.<br>La Crescenta, CA  91214-1916 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | James Minor Fisher<br>21550 Oxnard St., #200<br>Woodland Hills, CA  91367-7108 | LA County Assesor<br>225 North Hill St., First Floor Lobby<br>Los Angeles, CA  90012-3232 |
| Larry Slade P.C.<br>14146 Killion St., Suite 100<br>Sherman Oaks, CA  91401-4917 | Los Angeles DWP<br>P.O. Box 30808<br>Los Angeles, CA  90030-0808 | Nationstar Mortgage<br>P.O. Box 630267<br>Irving, Texas  75063-0116 |
| Peter Tiger<br>1250 4th St., Suite 550<br>Santa Monica, CA  90401-1418 | Rolando Blue<br>27943 Seco Canyon Rd. #135<br>Santa Clarita, CA  91350-3872 | SoCalGas<br>P.O. Box C<br>Monterey Park, CA  91756-0001 |
| USAA<br>9800 Fredericksburg Road<br>San Antonio, TX  78288-0002 | U.S. Trustee (SV)<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA  90017-3560 | Villas at Colfax Inc. Homeowners Assoc.<br>4505 Colfax Ave., #9<br>Studio City, CA  91602-1900 |
| David Keith Gottlieb (TR)<br>15233 Ventura Blvd., 9th Floor<br>Sherman Oaks, CA  91403-2250 | Internal Revenue Service<br>P.O. Box 7704<br>San Francisco, CA  94120 | Nationstar Mortgage<br>350 Highland Drive<br>Lewisville, CA  75067 |