Greenwald, Pauly,
Foster & Miller
A Professional
Corporation

ANDREW S. PAULY (SBN 90145) and
DAMON A. THAYER (SBN 258821), Members of
GREENWALD, PAULY & MILLER,
A Professional Corporation
1299 Ocean Avenue, Suite 400
Santa Monica, California 90401-1007
Telephone: (310) 451-8001
Facsimile: (310) 395-5961
apauly@gpfm.com
dthayer@gpfm.com

Attorneys for Secured Claimant
HONEY BADGER HOLDINGS LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>MARC VICTOR LIZER,<br><br>        Debtor, | Case No. 1:15-bk-10695-MT<br><br>Chapter 7<br><br>**EVIDENTIARY OBJECTIONS OF SECURED CLAIMANT HONEY BADGER HOLDINGS LLC TO THE DECLARATION OF MICHAEL S. KOGAN IN OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**HEARING**<br><br>Date: April 15, 2015<br>Time: 9:30 a.m.<br>Place: Courtroom 302 |

Greenwald, Pauly & Miller
A Professional Corporation

Secured Claimant Honey Badger Holdings LLC ("Honey Badger") respectfully submits the following objections to the Declaration of Michael S. Kogan filed in support of the Trustee's Opposition to Motion for Relief from the Automatic Stay (Dkt. #11).

**1.    Declaration Page 14, Paragraph 4, Lines 19-23; And All Statements Based Thereon In The Trustee's Opposition.**

Mr. Kogan's Declaration states:

> Mr. Friedman is a California licensed real estate agent and experienced in selling residential and commercial properties. Since at least 1985, Mr. Friedman has been employed by more than 30 bankruptcy trustees in the Central District of California. In dealing with the trustees, Mr. Friedman has evaluated thousands of properties, and listed and co-listed hundreds of properties for sale on behalf of trustees for the benefit of the estate.

Mr. Kogan does not have personal knowledge regarding this statement about Mr. Friedman. Mr. Kogan also has not provided any foundation for this statement. Further, this statement is inadmissible hearsay. The Trustee has not provided any explanation for why Mr. Friedman did not submit his own declaration. To the extent Mr. Kogan is attempting to qualify Mr. Friedman as an expert witness, Mr. Kogan has failed to provide sufficient information to do so. Honey Badger's objection to this statement should be sustained based on Federal Rules of Evidence 602, 701, 702, 703, 801, and 802.

**2.    Declaration Page 14, Paragraph 5, Lines 24-28; Exhibit "A"; And All Statements Based Thereon In The Trustee's Opposition.**

Mr. Kogan's Declaration states:

> Based on a review in [sic] March 20, 2015 of "comparable sales" to the Property, it has been determined that the value of the Property is $585,000 ("Listing Price"), which is the fair market value of the Property. Attached hereto and incorporated herein by this reference as Exhibit "A" is a market value of the Property prepared by Friedman which establishes the value as $585,000.

Mr. Kogan does not have personal knowledge regarding this statement or the information contained in Exhibit "A," as this information is apparently the opinion

1

Greenwald,
Pauly & Miller
A Professional
Corporation

testimony of Mr. Friedman. Mr. Kogan also has not provided any foundation for his statement or for Exhibit "A." Further, the above statement and Exhibit "A" are inadmissible hearsay and utter speculation. Moreover, Exhibit "A" is actually a letter from Bruce Kurnik to Mr. Friedman, demonstrating that Mr. Kogan is actually relying upon hearsay on top of hearsay. The opinions expressed in the above paragraph and Exhibit "A" are conclusory and do not provide sufficient facts or data to qualify as an expert opinion. Mr. Friedman (as well as Mr. Kurnik for that matter) has not set forth sufficient admissible credentials or qualifications to show that he is qualified to render an opinion as to the value of the subject property. Additionally, Mr. Friedman (as well as Mr. Kurnik for that matter) has not listed any credentials, licenses, or education sufficient to establish that he has the ability to render an opinion of value. The Trustee has not provided any explanation for why Mr. Friedman (or Mr. Kurnik) did not submit his own declaration. To the extent Mr. Kogan is attempting to qualify Mr. Friedman (or Mr. Kurnik) as an expert witness, Mr. Kogan has failed to provide sufficient information to do so. This objection should be sustained based on Federal Rules of Evidence 602, 701, 702, 703, 801, and 802.

DATED: April 7, 2015.

    Respectfully submitted,

    GREENWALD, PAULY & MILLER,
    A Professional Corporation

    ANDREW S. PAULY
    DAMON A. THAYER

    By: /s/ ANDREW S. PAULY
        ANDREW S. PAULY, a Member of
        GREENWALD, PAULY & MILLER,
        A Professional Corporation,
        Attorneys for Secured Claiamant
        HONEY BADGER HOLDINGS LLC

1830922.2 - 22060.001

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1299 Ocean Avenue, Suite 400, Santa Monica, California 90401-1007.

A true and correct copy of the foregoing document described as **EVIDENTIARY OBJECTIONS OF SECURED CLAIMANT HONEY BADGER HOLDINGS LLC TO THE DECLARATION OF MICHAEL S. KOGAN IN OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 7, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

  Michael S. Kogan, on behalf of Chapter 7 Trustee David Keith Gottlieb: mkogan@koganlawfirm.com;
  David Keith Gottlieb, Trustee: dkgtrustee@dkgallc.com; dgottlieb@ecf.epiqsystems.com; rjohnson@dkgallc.com; akuras@dkgallc.com
  Charles Shamash on behalf of Debtor Marc Victor Lizer: cs@locs.com
  Andrew S. Pauly on behalf of Creditor Honey Badger Holdings LLC: apauly@gpfm.com; lburns@gpfm.com
  Damon A. Thayer on behalf of Creditor Honey Badger Holdings LLC: dthayer@gpfm.com; kbarone@gpfm.com
  United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On April 7, 2015**,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| *VIA U.S. MAIL* | *VIA U.S. MAIL* | *VIA U.S. MAIL* |
|---|---|---|
| Marc Victor Lizer | Inez Tiger | Daniel J. Paletz, Esq. |
| 4505 Colfax Avenue, #6 | 11850 Riverside Drive, #101 | Kermisch & Paletz LLP |
| Studio City, CA 91602 | Valley Village, CA 91607 | 12700 Ventura Blvd., Suite 300 |
|  |  | Studio City, Ca 91604 |

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 7, 2015**,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed*.

*VIA PERSONAL DELIVERY*
*The Honorable Maureen Tighe*
*United States Bankruptcy Court, Ctrm. 302*
*21041 Burbank Blvd., Suite 324*
*Woodland Hills, California 91367*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**April 7, 2015    Kathy M. Barone**        /s/ Kathy M. Barone

3

Greenwald, Pauly & Miller A Professional Corporation

**UNSECURED CREDITORS**
In re Marc Victor Lizer
U.S. Bankruptcy Court Case No. 15-bk-10695

| | | |
|---|---|---|
| Honey Badger Holdings, LLC<br>16631 Roscoe Place<br>North Hills, CA  91343 | San Fernando Valley Division<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367-6606 | Anthony Faitro<br>11500 W. Olympic Blvd. #400<br>Los Angeles, CA  90064-1525 |
| Construction Headquarters<br>4328 Mammoth Avenue<br>Sherman Oaks, CA  91423-6610 | David Labowitz<br>20059 Tipico Street<br>Chatsworth, CA  91311-3443 | Discover Bank, Issue of<br> The Discover Card<br>2325 Clayton Road<br>Concord, CA  94520-2104 |
| Dish Network<br>P.O. Box 94063<br>Palatine, IL 60094-4063 | Fidelity Creditor SVC<br>216 S. Louise St.<br>Glendale, CA 91205-1637 | Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0001 |
| Franklin Collection Services (AT&T)<br>2978 West Jackson St.<br>Tupelo, CA 38801-6731 | GC Services Limited Partnership<br>6330 Gulfston<br>Houston, Texas  77081-1108 | Greg Lizer<br>5107 Parham Ave.<br>La Crescenta, CA  91214-1916 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James Minor Fisher<br>21550 Oxnard St., #200<br>Woodland Hills, CA  91367-7108 | LA County Assesor<br>225 North Hill St., First Floor Lobby<br>Los Angeles, CA 90012-3232 |
| Larry Slade P.C.<br>14146 Killion St., Suite 100<br>Sherman Oaks, CA  91401-4917 | Los Angeles DWP<br>P.O. Box 30808<br>Los Angeles, CA  90030-0808 | Nationstar Mortgage<br>P.O. Box 630267<br>Irving, Texas  75063-0116 |
| Peter Tiger<br>1250 4th St., Suite 550<br>Santa Monica, CA  90401-1418 | Rolando Blue<br>27943 Seco Canyon Rd. #135<br>Santa Clarita, CA 91350-3872 | SoCalGas<br>P.O. Box C<br>Monterey Park, CA 91756-0001 |
| USAA<br>9800 Fredericksburg Road<br>San Antonio, TX  78288-0002 | U.S. Trustee (SV)<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA  90017-3560 | Villas at Colfax Inc. Homeowners Assoc.<br>4505 Colfax Ave., #9<br>Studio City, CA  91602-1900 |
| David Keith Gottlieb (TR)<br>15233 Ventura Blvd., 9th Floor<br>Sherman Oaks, CA  91403-2250 | Internal Revenue Service<br>P.O. Box 7704<br>San Francisco, CA  94120 | Nationstar Mortgage<br>350 Highland Drive<br>Lewisville, CA  75067 |